FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 10 2012 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. |
| ) | CV 12 - 681 |
| SULANCH LEWIS, ) | |
| ) | MAUSKOPF, J. |
| Defendant. ) | POLLAK, M.J |

**COMPLAINT**

The United States of America, pursuant to the provisions of 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this civil action to collect from the defendant, Sulanch Lewis, an outstanding unpaid liability for federal internal revenue taxes, plus statutory accruals, and complains and alleges that:

1. Jurisdiction over this action is conferred upon the district court in 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a).

2. Defendant Sulanch Lewis (hereinafter "Taxpayer") resides within the jurisdiction of this Court.

3. A delegate of the Secretary of the Treasury of the United States made assessments against the Taxpayer for unpaid federal income tax liabilities as follows:

For the income tax periods ending December 31, 1999, and December 31, 2000, a delegate of the Secretary of the Treasury of the United States of America made

1

assessments against the Taxpayer as indicated in the following table and on account of which the Taxpayer remains indebted to the United States of America, including all payments, credits, and accruals as of February 11, 2012, in the amount of **$104,311.10**:

| Tax Period | Assessment date | Unpaid Assessed Balance | Accrued Penalties and Interest to 02/11/2012 | Total |
| --- | --- | --- | --- | --- |
| 199912 | 2/11/2002 | $29,921.91 | $20,595.91 | $50,517.41 |
| 200012 | 2/11/2002 | $32,125.34 | $21,668.35 | $53,793.69 |

WHEREFORE, the plaintiff United States of America demands judgment against the Taxpayer, Sulanch Lewis, in the amount of $104,311.10, plus such additional amounts as may have accrued from the date of assessment or may continue to accrue as provided by law, its costs in the action, and such other and further relief as the court determines is just and proper.

Dated: February 7, 2012

*Of Counsel:*
LORETTA E. LYNCH
United States Attorney

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

/s/ *David M. Steiner*
DAVID M. STEINER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-5892
Fax: (202) 514-5238
Email: David M. Steiner2@usdoj.gov